FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RUBEN TOSCANO, | ) | No. CV 06-06178-JSL (VBK) |
| Petitioner, | ) | ~~(PROPOSED)~~ ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| LARRY SCRIBNER, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Amended Petition for Writ of Habeas Corpus ("Amended Petition"), Respondent's Answer, Amended Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the Amended Petition with prejudice.

DATED: Feb. 7, 2008

Spencer Letts
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE