FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RUBEN TOSCANO, | ) | No. CV 06-06178-JSL (VBK) |
| Petitioner, | ) | ~~(PROPOSED)~~ JUDGMENT |
| v. | ) | |
| LARRY SCRIBNER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Amended Petition for Writ of Habeas Corpus ("Amended Petition") with prejudice,

**IT IS ADJUDGED** that the Amended Petition is dismissed with prejudice.

DATED: Feb. 7, 2008

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE